IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR165 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA HIRSH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 17), recommending defendant's motion to suppress (Filing No. 11) be denied; and the statement of objections to said recommendation (Filing No. 20). The Court has reviewed the transcript of the hearing held on June 23, 2008 (Filing No. 22), and the exhibits received in evidence, in particular Exhibit No. 1, and finds that the report and recommendation of the magistrate judge should be approved and adopted by the Court. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted;

2) Defendant's objection to the magistrate judge's recommendation is overruled and his motion to suppress is denied;

3) Trial of this matter is scheduled for:

**Tuesday, August 12, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel will have time to prepare for trial or pursue plea negotiations, and the ends of

justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between July 15, 2008, and August 12, 2008, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 15th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court