IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )          8:08CR155
                               )
     v.                        )
                               )
JOSHUA HIRSH,                  )          ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion to continue trial (Filing No. 24). The Court notes defendant has no objection. Accordingly,

IT IS ORDERED that trial in this matter is rescheduled for:

**Monday, September 22, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel will have time to prepare for trial and obtain the presence of key witnesses, or pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between August 12, 2008, and September 22, 2008, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 29th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court