IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR155 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA HIRSH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to review order of detention (Filing No. 40). The Court has reviewed the status of defendant's eligibility with Pretrial Services and notes that if he is released, it should be to a residential treatment program, but due to the nature of his crime, no such program is available to him. Accordingly,

IT IS ORDERED that defendant's motion to review order of detention is denied without prejudice.

DATED this 25th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court